**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

JOSE BRAN,

                        Plaintiff,

     v.

UNITED STATES, et al.,

                        Defendants.

CIVIL ACTION NO. 3:22-CV-00755

(MEHALCHICK, M.J.)

## ORDER

    **AND NOW**, this 24th of April, 2023, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

1. Bran's motion to appoint counsel (Doc. 49) is **DENIED**; and

2. Bran's motion for class certification, motion to amend/correct, motions for joinder, and motion to consider (Doc. 45; Doc. 50; Doc. 51; Doc. 56; Doc. 64; Doc. 65) are deemed **WITHDRAWN**.

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**